IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PHYLLIS PHELPS, o/b/o, T.N., a Minor     *

            Plaintiff,     *

v.     Case No. 5:21-cv-00345-CHW

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

            Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed December 30, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $6,402.21 .

This 30th day of December, 2022.

                                                 David W. Bunt, Clerk

                                                 s/ Tydra Miller, Deputy Clerk